UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS MILLIAN MARTINEZ,

      Petitioner,

     v.                            Case No.:  2:26-cv-01788-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH *et al.*,

      Respondents,

                              /

## **OPINION AND ORDER**

Before the Court are petitioner Luis Millian Martinez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 8).

Millian Martinez is a native of Cuba who was entered the United States on May 17, 1980.  He has an extensive criminal history, and an immigration judge ordered him removed to Cuba on June 21, 2006.  Immigration and Customs Enforcement ("ICE") released him under an order of supervision on October 24, 2006.  On October 10, 2025, local law enforcement arrested Millian Martinez for selling cocaine within 1000 feet of a school, and ICE issued an immigration detainer.  ICE revoked Millian Martinez's release under 8 C.F.R. § 241.4 because his recent criminal history violated the conditions of the order of supervision and took custody of him on October 28, 2025.

This is Millian Martinez's second habeas petition.  In his first, Millian Martinez argued his detention was unlawful because he had been detained

more than 90 days.  The Court applied the burden-shifting test established in *Zadvydas v. Davis*, 533 U.S. 678 (2001) and found Millian Martinez failed to show good reason to believe ICE could not remove him in the reasonably foreseeable future.  In his second habeas petition, Millian Martinez claims his detention violates the Fifth Amendment, but he does not say why.  The petition contains no reason to believe ICE cannot remove him, nor does it identify any procedural deficiency relating to the revocation of his release.  If ICE failed to comply with 8 C.F.R. § 241.4(l), Millian Martinez may seek habeas relief on that basis.  But his second habeas relief—like his first—does not contain any claim that warrants habeas relief.

Accordingly, it is hereby

**ORDERED:**

Luis Millian Martinez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record